Nos. 652 and 653. FARBENFABRIKEN BAYER A. G. *v.* STERLING DRUG, INC. C. A. 3d Cir. Certiorari denied. *Thurman Arnold, Milton V. Freeman* and *Edgar H. Brenner* for petitioner. *John T. Cahill, George S. Hills* and *Robert G. Zeller* for respondent. 

No. 725. DURGIN ET UX. *v.* STOFFEL. Supreme Court of Florida. Certiorari denied.

No. 731. IVEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *J. C. B. Ehringhaus, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 734. WRIGHT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Myer H. Gladstone* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 735. NORTH TEXAS PRODUCERS ASSOCIATION *v.* YOUNG. C. A. 5th Cir. Certiorari denied. *Ashton Phelps* for petitioner. *Logan Ford* for respondent.

No. 736. DAVID *v.* CLOUSER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondents.

No. 567, Misc. McGANN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.